866 F.2d 1537
 275 U.S.App.D.C. 419
 Unpublished Disposition
NOTICE: D.C. Circuit Local Rule 11(c) states that unpublished orders, judgments, and explanatory memoranda may not be cited as precedents, but counsel may refer to unpublished dispositions when the binding or preclusive effect of the disposition, rather than its quality as precedent, is relevant.
Melvin A. MARSHALL, Appellant,
v.
DISTRICT OF COLUMBIA, a Municipal Corporation.
 No. 88-7105.
 United States Court of Appeals, District of Columbia Circuit.
 Jan. 31, 1989.
 
 Before STARR, BUCKLEY and SENTELLE, Circuit Judges.
 JUDGMENT
 PER CURIAM.
 
 
 1
 This case was considered on the record and on the briefs filed by the parties on appeal from the United States District Court for the District of Columbia. The court has determined that the issues presented occasion no need for a published opinion. See D.C.Cir. Rule 14(c). It is
 
 
 2
 ORDERED and ADJUDGED that the district court's order filed March 11, 1988, dismissing appellant's complaint, be affirmed for the reasons stated therein.
 
 
 3
 The Clerk is directed to withhold issuance of the mandate herein until seven days after disposition of any timely petition for rehearing. See D.C.Cir. Rule 15.